838 A.2d 564

**Clyde McGRIFF, Appellant**

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.**

Supreme Court of Pennsylvania.

Oct. 21, 2003.

*ORDER*

PER CURIAM.

**AND NOW,** this 21st day of October, 2003, the Order of the Commonwealth Court is hereby **AFFIRMED.**